UNITED STATES COURT OF INTERNATIONAL TRADE       FORM 1

| | |
|---|---|
| CLICK HEAT INC.<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                    Defendant. | **S U M M O N S**<br><br>Court No. 21-00119 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port of Entry: | Los Angeles, etc. | Date Protest Filed: | 5/25/2016, etc. |
|---|---|---|---|
| Protest Number: | 2704-16-100670, etc. | Date Protest Denied: | 10/09/2020, etc. |
| Importer: | Click Heat Inc. | | |
| Category of Merchandise: | Heat packs | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| MWT00778589 | 4/08/2015 | 11/27/2015 | | | |
| etc. | etc. | etc. | | | |
| (See Attached Schedules) | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protections
301 E. Ocean Blvd., Suite 1400 Long Beach, CA 90802


Address of Customs Port in
Which Protest was Denied

Elon A. Pollack, Esq.
STEIN SHOSTAK POLLACK & O'HARA, LLP
865 S. FIGUEROA ST., STE. 1388
LOS ANGELES, CA 900174
TEL: (213) 630-8888
elon@steinshostak.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | 19 USC 1401a | Value Stated on Middleman Invoice |
| Protest Claim: | 19 USC 1401a | Factory Value |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Transaction value is to be first sale factory value.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Elon A. Pollack
_____
*Signature of Plaintiff's Attorney*

March 18, 2021
_____
*Date*

## SCHEDULE OF PROTESTS

Los Angeles
_____
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2704-16-100670 | 05/25/2016 | 10/09/2020 | MWT-00778589 | 04/08/2015 | 11/27/2015 |
| 2704-16-100670 | 05/25/2016 | 10/09/2020 | MWT-00777508 | 02/20/2015 | 11/27/2015 |
| 2704-16-100670 | 05/25/2016 | 10/09/2020 | MWT-00778019 | 03/16/2015 | 11/27/2015 |
| 2704-16-100670 | 05/25/2016 | 10/09/2020 | MWT-00779439 | 05/04/2015 | 11/27/2015 |
| 2704-16-100670 | 05/25/2016 | 10/09/2020 | MWT-00780189 | 06/15/2015 | 11/27/2015 |
| 2704-16-100670 | 05/25/2016 | 10/09/2020 | MWT-00780973 | 07/20/2015 | 11/27/2015 |
| 2704-16-100670 | 05/25/2016 | 10/09/2020 | MWT-00781468 | 08/17/2015 | 11/27/2015 |
| 2704-16-101485 | 11/16/2016 | 10/09/2020 | MWT-00781864 | 09/08/2015 | 07/22/2016 |
| 2704-16-101485 | 11/16/2016 | 10/09/2020 | MWT-00783753 | 11/09/2015 | 09/23/2016 |
| 2704-16-101485 | 11/16/2016 | 10/09/2020 | MWT-00784116 | 11/12/2015 | 09/23/2016 |
| 2704-16-101485 | 11/16/2016 | 10/09/2020 | MWT-00784249 | 11/17/2015 | 09/30/2016 |
| 2704-16-101485 | 11/16/2016 | 10/09/2020 | MWT-00784520 | 11/24/2015 | 10/07/2016 |
| 2704-16-101485 | 11/16/2016 | 10/09/2020 | MWT-00784736 | 12/08/2015 | 10/21/2016 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## SCHEDULE OF PROTESTS

Chicago, Illinois
_Port of Entry_

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 3901-16-100885 | 11/21/2016 | 10/09/2020 | MWT-00782672 | 10/12/2015 | 08/26/2016 |
| 3901-16-100885 | 11/21/2016 | 10/09/2020 | MWT-00783019 | 10/22/2015 | 09/09/2016 |

Port Director of Customs,

U.S. Customs and Border Protection
5600 Pearl Street
Rosemont, IL 60018

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)