UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 7

| | |
|---|---|
| CLICK HEAT INC.<br><br>                           Plaintiff,<br>v.<br>UNITED STATES OF AMERICA<br>                          Defendant. | Court No. 21-00119<br>and Attached Schedule |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: November 29, 2023

/s/ ELON A. POLLACK
Attorney for Plaintiff

865 S. Figueroa Street, Suite 1388
Street Address

Los Angeles, CA 90017
City, State and Zip Code

(213) 630-8888
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 21-00119 | Click Heat Inc. | 2704-16-100670 | MWT00778589 |
| 21-00119 | Click Heat Inc. | 2704-16-100670 | MWT00777508 |
| 21-00119 | Click Heat Inc. | 2704-16-100670 | MWT00778019 |
| 21-00119 | Click Heat Inc. | 2704-16-100670 | MWT00779439 |
| 21-00119 | Click Heat Inc. | 2704-16-100670 | MWT00780189 |
| 21-00119 | Click Heat Inc. | 2704-16-100670 | MWT00780973 |
| 21-00119 | Click Heat Inc. | 2704-16-100670 | MWT00781468 |
| 21-00119 | Click Heat Inc. | 2704-16-101485 | MWT00781864 |
| 21-00119 | Click Heat Inc. | 2704-16-101485 | MWT00783753 |
| 21-00119 | Click Heat Inc. | 2704-16-101485 | MWT00784116 |
| 21-00119 | Click Heat Inc. | 2704-16-101485 | MWT00784249 |
| 21-00119 | Click Heat Inc. | 2704-16-101485 | MWT00784520 |
| 21-00119 | Click Heat Inc. | 2704-16-101485 | MWT00784736 |
| 21-00119 | Click Heat Inc. | 3901-16-100885 | MWT00782672 |
| 21-00119 | Click Heat Inc. | 3901-16-100885 | MWT00783019 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)